# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **FIRST BAPTIST CHURCH OF WATAUGA TEXAS,** § § § | |
| Plaintiff, § § | |
| v. § | Civil Action No. 4:22-cv-00185-O |
| § | |
| **CHURCH MUTUAL INSURANCE COMPANY, S.I.,** § § § | |
| Defendants. § § | |

## FINAL JUDGMENT

This Judgment is issued pursuant to Fed. R. Civ. P. 58(a).

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The above-captioned case is **DISMISSED with prejudice**.

2. All claims which were, or which could have been brought therein, whether by the parties to the lawsuit or any other person or party claiming by, through, or under either of them, are each **DISMISSED with prejudice**.

3. The taxable costs of court, as calculated by the Clerk of Court, shall be borne by the party incurring the same.

**SO ORDERED** this **30th day** of **May, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE